UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TROY WILLIAMS )<br>)<br>    **Plaintiff** )<br>)<br>v. )<br>)<br>)<br>PENTAGROUP FINANCIAL, LLC )<br>    **Defendant** )<br>) | CIVIL ACTION<br><br><br><br><br><br>FEBRUARY 5, 2010 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by a consumer who has been harassed and abused by Defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

### II. PARTIES

2. The plaintiff, Troy Williams, is a natural person residing in South Windsor, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3. The defendant, Pentagroup Financial, LLC ("Pentagroup"), is a corporation located in New York that is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

## III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, and 1337, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Pentagroup, because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

## IV. FACTUAL ALLEGATIONS

7. Pentagroup contacted Plaintiff on or around January 13, 2010 in an attempt to collect a consumer debt, and during that call, Plaintiff referred Pentagroup to his attorney and attempted to give Pentagroup his attorney's contact information, but the Pentagroup representative refused to take his attorney's contact information and instead continued to attempt to collect the debt from Plaintiff.

## V. CLAIMS FOR RELIEF
## CAUSE OF ACTION
**Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.**

8. Plaintiff incorporates Paragraphs 1-7.

9. Pentagroup violated the FDCPA by refusing to accept Plaintiff's attorney's contact information.

10. Pentagroup further violated the FDCPA by continuing to attempt to collect the debt from Plaintiff even though Plaintiff had already given Pentagroup contact information or attempted to give Pentagroup contact information for his attorney.

11. For Pentagroup's violations of the Fair Debt Collection Practices Act as described above, the Plaintiff is entitled to recover his actual damages, statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

WHEREFORE, the Plaintiff seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

PLAINTIFF, TROY WILLIAMS

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408; Fax. (860) 571-7457

4