## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TROY WILLIAMS** ) | |
| ) | 3:10-198(AWT) |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **PENTAGROUP FINANCIAL, LLC** ) | |
| **Defendant** ) | |
| ) | JUNE 15, 2010 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Troy Williams, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFF, TROY WILLIAMS

By: /s/Daniel S. Blinn
    Daniel S. Blinn, Fed Bar No. ct02188
    Matthew Graeber, Fed Bar No. ct27545
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd., Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408; Fax. (860) 571-7457